## T. C. NYSTEL v. THE STATE.

No. 21700. Delivered June 27, 1941.
Rehearing Denied October 22, 1941.

The opinion states the case.

*J. L. Bird,* of Walnut Springs, and *E. T. Adams,* of Glen Rose, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in Somervell County on a charge of threatening the life of Monroe Parker, and assessed a fine of $100.00.

The procedure appears to be regular. No statement of facts or bills of exception are presented, and there is nothing for this court to review.

The judgment of the trial court is affirmed.

ON MOTION FOR REHEARING.

HAWKINS, Presiding Judge.

On June 27, 1941, the judgment of conviction was affirmed. On July 11, 1941, appellant filed a motion in which he asked that the order of affirmance be set aside, and that the judgment of conviction be reversed and remanded, asserting that he had been deprived of a statement of facts without fault on his part, which motion is supported by the affidavit of his attorney. A counter affidavit has been presented to this court made by the county judge and county attorney of Somervell County, combatting the averments upon which appellant seeks to have us hold that he had been improperly denied a statement of facts. Facts are asserted in said counter affidavit which completely acquit the officers mentioned of the acts charged against them as resulting in the absence of a statement of facts.

Under such circumstances, the motion for rehearing is overruled.